## Exhibit A to the Complaint

**Location:** San Jose, CA  **IP Address:** 98.207.137.235
**Total Works Infringed:** 40  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5E096E8A4463655085C9745951AEEF0AE470964D<br>File Hash: 404B8781248484E77ED3A53F18075DAC3AA48B8C4EAF749FF468156D47211A77 | 05/22/2020 05:36:38 | Blacked Raw | 05/18/2020 | 06/08/2020 | PA0002243644 |
| 2 | Info Hash: 90AF3C86FC0ECD0146DDFE57BFEAA4E26D079194<br>File Hash: 6C07F7106D560D21F03E3A88304E502368948D9E4E838909E453898AD6BEBA00 | 05/08/2020 22:07:59 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 3 | Info Hash: 1A68CEFD839B4A5FA014E644010905E3E4BAED62<br>File Hash: 7CDA00D746D072CCE1C0D3344AD569A602F6BEC79989A46C3BD5B855AEA3089F | 05/08/2020 06:12:11 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 4 | Info Hash: E07877B71CF19666B48388AB9C202988860AC477<br>File Hash: A322DDC118786F478AF8E88429DB19350012AE87942D7E47B70598691EC6D8EC | 04/17/2020 17:24:07 | Tushy | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 5 | Info Hash: DB497BED967866328C462CD1A231FA28CB64FD11<br>File Hash: FC1D827EB4C7B83CB646EB678BEE163F7DE809FF2F1AD43E7C3D7CADF1AF71BF | 03/02/2020 07:52:06 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 6 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 02/02/2020 09:39:42 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 7 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855<br>File Hash: AD5470EFA8A5C85886C8855DB48558326273F73168397DFFC88EE5E6B5BB1A2A | 02/02/2020 09:35:56 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 8 | Info Hash: 093FF3C313504ED32913B9D8DACBB6EE2E888959<br>File Hash: DBB3A1ECDC30D2E12E9E548DFDACC26F3552C761C387C14986872EB72DC07517 | 01/28/2020 06:33:24 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash: 031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 12/22/2019 00:31:18 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 10 | Info Hash: CF62819AF207B3FD24DFC840AABBD639C3D3A357<br>File Hash: FBD2DC1EED9D589984153B4D6899968848F10A33226AEC8B21BD9375F85823F9 | 11/25/2019 07:57:38 | Vixen | 06/13/2019 | 08/02/2019 | PA0002192295 |
| 11 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash: B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 11/17/2019 08:38:53 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 12 | Info Hash: 8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash: 499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 11/16/2019 10:58:41 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 13 | Info Hash: 8D8B141E253AE7DCFA9C272FEE019EECAF0AF78A<br>File Hash: A399FCE7537A99253E2EAB3EB9A43879FE9EA0D9791E3EFDD3EE2373E6769A6E | 11/16/2019 10:53:51 | Tushy | 07/10/2019 | 08/02/2019 | PA0002192298 |
| 14 | Info Hash: DD83AC897A4FD8B1B938F028E4B3C78C1897F531<br>File Hash: AA897643CB22B26D76F905513CF325BF3502E8A343DA47AEB1E5740EB4A03DD1 | 10/30/2019 07:05:20 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 15 | Info Hash: D180CCB76299423461544F293503A24A3ECBAE97<br>File Hash: 71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 09/26/2019 08:42:35 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 16 | Info Hash: 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D<br>File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 09/23/2019 09:25:21 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 17 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 09/23/2019 09:20:18 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 35716DE321621E8E0C6E0CCBBDAE0F46628F447A<br>File Hash: A2532A60F98F1150D7CA2A1B34F5C29647CC1B1CDDA893DE0EAD967140B49AC8 | 09/14/2019 07:50:48 | Tushy | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 19 | Info Hash: 1370C51E6EC227CA518D2A1134D4A9308CF6F965<br>File Hash: 1F0BE867BA4817CBB3D602F626412F4405E4359CB42D55CBADB3C52B7B505A43 | 09/02/2019 07:21:49 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 20 | Info Hash: 6478D6818B6843DC1DEE5BD5A6C05F7B6D37EC2E<br>File Hash: B98513AE2490FF3F323AE1CC7F75EC58C20154B89A409B54083E456853E5E623 | 08/26/2019 06:45:00 | Blacked Raw | 07/11/2019 | 09/17/2019 | PA0002216212 |
| 21 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F<br>File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 08/26/2019 06:43:03 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 22 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 08/26/2019 06:40:35 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 23 | Info Hash: 8F104C89FA74744BEB02B58214813B42F91E779A<br>File Hash: 3AC4C4ABEF58092E0A30B0621D5016FAB655BFD1954D745D95DF327D6A702E11 | 08/26/2019 06:36:06 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 24 | Info Hash: 0BB45C1043F264656FD238E2E8E117B9E06AD6A0<br>File Hash: E4B2D26741E5832FCD58CC296E6598F185F73B2F0A5C24B92197FA20F4456F89 | 08/16/2019 06:48:05 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 25 | Info Hash: 83B2F9CA22105C972F55D81AEFE628606713A3F4<br>File Hash: 6089911F709755C54BB0473011AE1E3E8A15BC4B7B4BCEE571EDDE5B2F1862B5 | 08/14/2019 07:39:18 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 26 | Info Hash: 9B0868ADF354DAA85E0ECB8C1DF783A6D1829660<br>File Hash: A054D0D2AA55E9326D3B0F091CE06AF5C4E95E0C686E69DEBD44C9F50FB47ACE | 08/14/2019 07:35:53 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: D7A7B422ED8B09C4D350D5DCD70FEE647946B146<br>File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 08/10/2019 06:25:21 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 28 | Info Hash: BD08CDC4AB37B1F288F5D245BC77FD72EC17895E<br>File Hash: 9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 08/08/2019 05:59:10 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 29 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 08/08/2019 05:58:16 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 30 | Info Hash: 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash: 98CDC17BC4D0A858192F41FD54802AA61EC55EE5616632DC63F7F18150DC90BA | 08/05/2019 08:08:55 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 31 | Info Hash: 662C42833DF0727F4B96196F88475B615B2F0D2B<br>File Hash: 181A5A85F913157A0303150E1B0C7ECC81F7A63FC42BA1071B5236AC52A0432E | 08/02/2019 08:09:26 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 32 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 07/31/2019 11:09:47 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 33 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 07/28/2019 06:39:56 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 34 | Info Hash: B0CE169D460B3E10FDC06D60342FA7FD5FBE531B<br>File Hash: E701C43864BC713E4129A4F6CD46A51E0378F2B4D49F69835C388B372747A4C4 | 06/30/2019 07:28:50 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |
| 35 | Info Hash: E2447BE4DD984247C285CA3332281DEBBAE74F6A<br>File Hash: 74E4604D07BC40B6231CC7537ED8F323923AF44FDAC1EBEA201657537C33BB87 | 05/22/2019 08:35:06 | Blacked Raw | 05/02/2018 | 06/19/2018 | PA0002126647 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25<br>File Hash: C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 04/29/2019 08:21:31 | Tushy | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 37 | Info Hash: 2C87C60C1780C78E400F9EF552F85B1954FE1985<br>File Hash: 4EAF5419CA409C379D27B8AB3A4A07121E433977C9A6F7ACB185636117A544BE | 04/29/2019 08:20:45 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 38 | Info Hash: 58184CB68D529D79E08EA022F599CCF0BFD7D6F6<br>File Hash: E5BB047396180753E471EC6ED81C2585F0EDD1E3933AEF7FDB64F6A94AED5A6E | 03/13/2019 06:48:11 | Blacked | 01/15/2019 | 02/02/2019 | PA0002155371 |
| 39 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 02/16/2019 06:28:53 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 40 | Info Hash: ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39<br>File Hash: BF2324E563299B843D750C225AA4713748F774270CACA8F99C61C55B55BEC599 | 02/16/2019 06:25:01 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |